# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 00-1350

_____

| | | |
|---|---|---|
| In re:  Mary Beth Usery, | * | |
| | * | |
| Debtor, | * | |
| -------------------- | * | |
| Ewing B. Gourley; Carol L. Gourley, | * | |
| | * | |
| Plaintiffs-Appellants, | * | |
| | * | |
| v. | * | |
| | * | |
| Mary Beth Usery; Steven Usery; | * | |
| Mark Gardner, | * | |
| | * | |
| Defendants-Appellees, | * | |
| -------------------- | * | Appeal from the United States |
| Mary Beth Usery; Steven Usery; | * | Bankruptcy Appellate Panel. |
| Mark Gardner, Trustee of the Shawn | * | |
| Usery Trust and the Stephanie Usery | * | [UNPUBLISHED] |
| Trust; William Hart, Trustee Under | * | |
| Certain Deeds of Trust, | * | |
| | * | |
| Plaintiffs-Appellees, | * | |
| | * | |
| v. | * | |
| | * | |
| Ewing B. Gourley; Carol L. Gourley; | * | |
| E.B.G. Health Care III, Inc., E.B.G. | * | |
| Health Care IV, Inc.; Health Care | * | |
| Retirement Village, Inc.; Health Care | * | |
| Laundry Services, Inc., | * | |
| | * | |
| Defendants-Appellants. | * | |

_____

Submitted:  November 16, 2000

Filed:  November 22, 2000

_____

Before BOWMAN, FAGG, and BYE, Circuit Judges.

_____


PER CURIAM.

The court  has considered the briefs and the parties' submissions in this bankruptcy-related action.  Ewing B. Gourley and Carol L. Gourley's arguments have been carefully analyzed.  Having reviewed the record in the context of the Gourleys' arguments, we conclude the record supports the decision of the appellate bankruptcy court.  Because the parties' submissions show they are thoroughly familiar with the issues before the court, we conclude that an extensive discussion would serve no useful purpose.  We thus affirm on the basis of the opinion of the appellate bankruptcy court without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.